## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:09CV00120 JLH

TERRY L. KEMP                                                               DEFENDANT

## ORDER

The complaint in this matter was filed on February 19, 2009, and the government submitted an affidavit of service on February 26, 2009. There has been no activity since that date. If the plaintiff does not take some action in this case by January 4, 2010, the Court will be inclined to dismiss this case for failure to prosecute.

IT IS SO ORDERED this 2nd of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE